# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Michael Lee Hall<br>Marjorie Carol Hall**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:18-cv-00108-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Bank of America, N.A.<br>Bank of America Corporation**,**<br>Defendant(s). | )<br><br>) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 16, 2019 Order.

January 16, 2019

_____

Frank G. Johns, Clerk
United States District Court